IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE 1228 INVESTMENT GROUP, L.P.,<br><br>*Plaintiff,*<br><br>v.<br><br>BWAY CORPORATION,<br><br>*Defendant.* | CIVIL ACTION<br>NO. 20-4328 |

## ORDER

**AND NOW**, this 9th day of August 2021, upon consideration of Defendant's Motion for Summary Judgment (ECF 25), Plaintiff's Response (ECF 27) and Defendant's Reply (ECF 30), as well as Plaintiff's Motion for Partial Summary Judgment (ECF 24), Defendant's Response (ECF 28) and Plaintiff's Reply (ECF 29), it is hereby **ORDERED** that the Motions are **DENIED**.

BY THE COURT:

 */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.